IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MICHAEL D. MARLIN,                          :

       Plaintiff,                          :

vs.                                              :       CIVIL ACTION NO.: CV212-059

ANTHONY HAYNES, Warden;                :
M. MARTIN; R. HOLT; and                    :
HARRELL WATTS,                               :
                           :

       Defendants.                          :

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned

concurs with the Magistrate Judge's Report and Recommendation, to which Objections

have been filed. In his Objections, Plaintiff contends that he was in imminent danger of

serious physical injury on March 12, 2012, which is the date he filed his Complaint with

this Court. To support this contention, Plaintiff cites to dates occurring prior to the filing

of his Complaint. Plaintiff additionally cites to the grievances he filed and once again

finds fault with the administrative remedy processes in place at the Federal Correctional

Institution in Jesup, Georgia. Plaintiff fails to establish that he meets the imminent

danger exception to 28 U.S.C. § 1915(g).

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. If Plaintiff wishes to proceed with his cause of action, he may do so by resubmitting his Complaint along with the full filing fee. The Clerk of Court is authorized to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ____ day of _____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA